IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE LO,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: 1:10-cv-01322 JLT<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE A LATE BRIEF<br><br>(Doc. 12) |

On March 22, 2011, Hope Lo ("Plaintiff") requested leave to file her Opening Brief and Points and Authorities in Support Thereof because the filing deadline was March 21, 2011. (Doc. 12). Plaintiff's counsel stated she had received no objection to the late filing from the defendant. *Id.* at 2. Therefore, given the minimal prejudice to the defendant, Plaintiff's application to for leave to file her Opening Brief is **GRANTED**.

IT IS SO ORDERED.

Dated:   **March 22, 2011**                                    /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE

1