**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE LO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant | Case No.: 1:10-cv-01322 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 19) |

　　　　Plaintiff Hope Lo and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 19).

　　　　Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED, that fees and expenses in the amount of $3,000 are **AWARDED** to Plaintiff, Hope Lo.

IT IS SO ORDERED.

Dated:  **November 21, 2011**　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1